# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| CHRISTOPHER A. MCGUIRE,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:20-CV-05550-MLP<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for a period of disability, disability insurance benefits, and supplemental security income under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings and a new hearing. On remand, the Commissioner will (1) further evaluate the opinion evidence; (2) further evaluate Plaintiff's symptoms; and (3) further evaluate the residual functional capacity. IT IS FURTHER ORDERED that the Clerk will enter judgment pursuant to this order. The parties agree that no aspect of the prior administrative decision is affirmed. This remand should be made pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff should be entitled

to reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 21st day of May, 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2522
Fax: (206) 615-2531
david.burdett@ssa.gov